IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No.  14-cr-00424-PAB

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW CHARLES DAVIS,

Defendant.

___

## ORDER
___

Pending is the **Government's Motion to Correct Clerical Filing Error** [Doc. # 6] which reports that an incorrect version of the indictment was mistakenly filed and seeks leave to replace the incorrect indictment with the correct document.

IT IS ORDERED:

(1)   The Motion to Correct Clerical Filing Error [Doc. # 6] is GRANTED; and

(2)   The Clerk of the Court is directed to accept for filing the correct document [Doc. # 6-1].

Dated October 28, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge