IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00424-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ANDREW CHARLES DAVIS,

 Defendant.

_____

**ORDER**
_____

  This matter comes before the Court on two letters to the Court written by defendant Andrew Davis [Docket Nos. 48 and 50].  Both letters express the defendant's concern that he has not appropriately received credit for time served.  In Docket No. 50, the defendant asks the Court to provide him with the documents showing the Court's findings as to credit for time served.

  Credit for time served is determined by the Bureau of Prisons, see 18 U.S.C. § 3585, not the Court.  As a result, the Court made no findings of fact concerning credit for time served.  The presentence investigation report in this case [Docket No. 43] states as follows on page one: "Total of 220 days presentence confinement from September 30, 2014, to May 8, 2015."  This calculation, however, is not binding on the Bureau.

DATED February 11, 2016.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge